**John Jardine CALBERT v. The UNITED STATES of America.**

No. 9396.

Circuit Court of Appeals, Ninth Circuit.

March 4, 1940.

Ames Peterson, of Los Angeles, Cal., for appellant.

Ben Harrison, U. S. Atty., and Russell K. Lambeau, Asst. U. S. Atty., both of Los Angeles, Cal., for appellee.

Before GARRECHT, HANEY, and HEALY, Circuit Judges.

PER CURIAM.

Upon consideration of motion of appellee for dismissal of appeal herein for fail-

ure of appellant to prosecute same by not procuring settlement of bill of exceptions and not filing transcript of record, and no opposition thereto being made by appellant, and by direction of the Court, ordered said motion granted, that a judgment of dismissal be filed and entered accordingly.